JACKSON MITCHELL, plaintiff in error, *vs.* ROME SIMMONS, defendant in error.

Where a petition for *certiorari* was sanctioned and filed, but the clerk failed to issue the writ returnable to the next superior court, there was no error in passing an order at the next term that the clerk issue such writ, and that it be served as the law directs.

Certiorari. Practice in the Superior Court. Before Judge Wright. Dougherty Superior Court. October Term, 1876.

Reported in the decision.

WARREN & HOBBS, for plaintiff in error.

W. T. JONES, for defendant.

WARNER, Chief Justice.

It appears from the record and bill of exceptions in this case, that the plaintiff in *certiorari* presented his petition therefor to the judge of the superior court, which was sanctioned by him on the 30th of June, 1876, and the writ of *certiorari* ordered to be issued; that the petition was then filed in the clerk's office on the 5th of July, 1876, but the clerk failed to issue the writ of *certiorari* returnable to the next term of the court. At the next term, the court ordered the clerk to issue the writ of *certiorari* in terms of the law, and to be served as the law directs. To this order of the court the defendant in *certiorari* excepted.

We find no error in the order of the court on the statement of facts contained in the record.

Let the judgment of the court below be affirmed.